Cause NO. 2014-68893

MAILED
clk

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAY 07 2015

CHRISTOPHER A. PRINE
CLERK

Jimmy Diaz,
   Plaintiff,

V.

A.m. Stringfellow Unit, et al,
   Defendants.

| DEMANDED JURY TRIAL

| IN THE Fourteenth Court

| OF Appeals

| NO. 14-15-00253-CV.

|

## Plaintiff's motion objection/Response Contenting of INability to Pay Costs and lor WAIVER of Filing Fees

### PURSUANT TO THE Approriate Rule

TO THE HONORABLE Justice Boyce, MCCally, And Donovan, OF SAID Court:

Comes Now I. Jimmy Diaz, Style Cause and number Plaintiff in the above named Respectfully moves this Honorable Pursuant Federal Rules of Appellate Procedure Rule 39 (4);

1.

and /or VERNONS TEXAS Codes ANNOTATED Civil Practice and REMEdies Chapter 14.006 OR under Rule 502.3, fees of inability to pay costs, for good reasons will show the following:

# I.

## STATEMENT OF THE FACTS

1. Plaintiff is a layman of law no litigation experance, VERY POOR I-Q AND EA SORES and is proceeded with out Aid of counsel further he has no education, However pursuant 28 U.S.C.§ 1915(a)(d). Plaintiff, is TEXAS PRISONER inmate no family support and because TEXAS DEPArtment of Criminal Justice institutional DIVISION does not Pay TEXAS inmates for labor.

2. The Plaintiff is living in Poverty files his motion, response to order the appeal dismissed further order that all costs incurred,

2.

by reason of this Appeal be paid by Appellant, Jimmy Diaz, Charges, in the amount $175.00 AND $20.00, Appellant files his motion of inability to pay Costs, Waiver of fees, I am unable to pay or give security therefore.

3. Plaintiff is Humbly, Requesting Asking this Honorable Justices grant his motion Objection/Response Contenting inability to pay Costs, and Waiver of fees or give security therefore

## II.
## PRAYER FOR RELIEF

WHEREFORE, Premises Considered, Plaintiff Mr. Diaz, Prays that this Honorable Justices of said Court grants, his motion of inability to pay Costs and Waiver of fees unable to pay Court Costs, because of my poverty the Plaintiff's Case does have Merits, Physical Bodily injuries Further He Prays. the Courts Fourteenth Court of Appeals Grants his motion;

3.

IN THE interest of Justice under Fundamental Deprivation.

## III.

### CERTIFICATE OF SERVICE

I Jimmy Diaz, Hereby certify that a copy of the foregoing instrument MANDATE No. 14-15-00253-CV ORDER from Fourteenth Court of Appeals Charges $125.00 AND $20.00, Plaintiff-Appellant motion Objection Response Contenting of inability to Pay costs or waiver of fees costs because of Poverty. Was served To Honorable CHRISTOPHER A. PRINE Clerk by U.S. Postal Service from Prison mail Box on this day of 29th day of April 2015

Respectfully

Jimmy Diaz pro.se.

Jimmy Diaz
Ramsey Unit
1100 F.M. Rd
Rosharon, TX 77583.

4.

## ORDER

ON THIS THE _____ DAY of _____, 20 ___,
Came on to be HEARD Plaintiff-Appellant MOTION
objection Response/Contentive OF inability
to pay Costs and/OR WAIVER of fees to pay
Cost, OR to give Security therefore, TO ORDER-
ing RE: 14-15-00253-CV. ORDERING pay fees Costs.

MOTION is HEREby.

[  ] GRANTED              [  ] DENIED

Signed THIS _____, DAY of _____ 20, ___.

_____
JUSTICE PRESINDING

5.

THE STATE OF TEXAS )
COUNTY OF BRAZORIA )  S.S.

Affidavit OF INDIGENT
&
DECLARATION

I, Jimmy Diaz, am over the eightheenth years age and of a sound mind Competent to make this Affidavit of indigentance or Declaration Pursuant 28 U.S.C. § 1746, under the Penalty of Perjury that the foregoing Statment made ARE TRUE and Correct to the best of my knowledge EXCUTED ON THIS DAY signed HEREIN After, the foregoing:

## STATEMENT OF THE FACTS

(1). The Affiant average monthy Account inmate Trust Fund account durning the Past 12 months is 0 I, Jimmy Diaz, Affiant am formally disoree from Any Spouse alternative Not Employed OR Self Employment NO INCome from real Property Nor rental income Nor interest and dividends is 0,

1.

2. No Gifts $ 0, Alimony: $ 0, Child support, $ 0, Retirement such as social security, Pensions Annunities, insurance $ 0, $ 0, $ 0,

3. No disability such as social security insurance unemployment payment $ 0, $ 0. NOR Any Public Asstance such as Welfare $ 0, $ 0. NOR other specify $ 0, total monthly income $ 0

4. for the Past two years I Jimmy Diaz, Affiant has been T.D.C.J. CID #1737301, Texas Prison at the Present time Ramsey Unit, 1100 F.m. Rd Roshaeon, Tx 77583 Employer address Date of Employment $ 0, $ 0, $ 0; And

Gross monthly Pay $ 0;

5. How much cash do you have? $ 0 below state any money have bank account or Any other finance $ 0, $ 0, $ 0, $ 0;

2,

6. List the assets, and their values, which your own $0 ordinary household furnishings; Home value, NIA, other real state value, NA.

Motor vehicle year, make and model NA value NIA.

7. State every person, business, or organization owing you or ~~their~~ JR. money and the amount owed.
Person owing money $0 Amount owed to you $0.

8. State the person who rely on you for support:

| name | Relationship | Age |
|------|-------------|-----|
| NIA | NIA | NIA |
| NIA | NIA | NIA |

9. Rent or home mortage payment including lot rented for moblie home ). you $0; utilities electricity heating fuel you $0.

Home maintegnce repairs and up keep $0 food; $0 Clothing $0 Inundey and dry Cleaning $0.

3.

10, medical and Dental Expense or insurance or Home owners or renters Life health motor, vehicle Credit Cards other Dept Stores; Any, Affiant does not __NA__

11. I do not expect Any major Changes to my monthly income or Expense or in ASSETS or liabilities durning the Next 12 months __NA__. EXCUTED: Jimmy Dig #1737301 Ramsey unit 1100 Fm. Roshacon Tx 77883

## II.
## Prayer For Relief

Wherefore, Premises Considered, Plaintiff-Appellant Prays that this Honorable Court RE: __14-15-002-53-CV__ Fourteenth Court of Appeals 301 Fannin, Suite 245 Houston, Texas 77002. Grants his inability to Pay Court Costs, WAIVER of fees or Costs from Dismissal of Appeal Cause herein and Grants, his Affidavit of indigence Declaration.

4.

## GROUNDS FOUL PRAYER FOR RELIEF

Further Plaintiff Appellant Attaches inmate history six-monthy Print inmate Trust Fund account, blance and Certificate of service by Prison official from Ramsey Unit Law Library Personally.

Respectfully,
~Jimmy B. Crease~
Jimmy Diaz
Ramsey Unit

## III.

## CERTIFICATE OF SERVICE

I, Jimmy Diaz, hereby Certify that a Copy of the foreg-oing instrument Cause 14-15-00253-CV Dismissal of Appeal Plaintiff Affidavit of indigentance And/or Declaration was served To: Fourteenth Court of Appeals 301 Fannin suite 245 Houston, Tex 77002, Clerk of Court Hon. Christopher A. Prine by U.S. Postal service 29th day of April 2015

Respectfully,
Jimmy Diaz
Ramsey Unit

S,

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      04/30/15
R115/RPA6567              IN-FORMA-PAUPERIS DATA               11:15:33
TDCJ#: 01737301 SID#: 03213784 LOCATION: RAMSEY      INDIGENT DTE: 01/21/14
NAME: DIAZ,JIMMY                    BEGINNING PERIOD: 10/01/14
PREVIOUS TDCJ NUMBERS: 00475593 00721195 01201534
CURRENT BAL:       0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:      0.00
6MTH DEP:          0.00 6MTH AVG BAL:       0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/15      0.00           0.00         12/14      0.00           0.00
02/15      0.00           0.00         11/14      0.00           0.00
01/15      0.00           0.00         10/14      0.00           0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **BRAZORIA**
ON THIS THE **30** DAY OF **APRIL 2015** , I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

A. LEICHT
Notary Public, State of Texas
My Commission Expires
04 08 2016
Notary without Bond
NOTARY PUBLIC STATE OF TEXAS

30 April 2015
CHRISTOPHER A. PRINE,
FOURTEENTH COURT OF Appeals
301 Fannin Suite 245
HOUSTON, Tx 72002

RE: Civil No. 14-15-00253-CV
RE: Civil No. 2014-66893, Style Jimmy Diaz, V. A.m. STRIN-
afellow Unit etal,

DEAR Clerk,
ENClosed, Please find the following:

* Plaintiff-Appeallant, motion objection Response Contes-
ting of inability to pay Costs oR Court fees files, WAIVER
of fees without being Required to pay.

* Plaintiff's Affidavit of indigenance and/or Declaration
Attache Inmate Its History, Trust fund account balance
CERTIFicate of SERVICE Signed by law LibRaRy PERSONAL oR
officials PRint-out. (2) each.

* Would you Please file these Pleading, PRomptly with
the Fourteenth Court of Appeals, 301 Fannin. Suite 245
HOUSTON Tx 72002.
        Please PROVide Copies to all PARTies, in this mAtteR,
THANKYou SinceRly                Respeetfully
                                  Jimmy Diaz